Ford & Harrison LLP
John P. Schaedel (SBN 181209)
jschaedel@fordharrison.com
Jenny Choi (SBN 285839_
jchoi@fordharrison.com
350 South Grand Avenue
Suite 2300
Los Angeles, CA 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401

Attorneys for Defendant
Bina, Korouri, Sage Dental Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| Dwain Lammey,<br><br>    Plaintiff,<br><br>v.<br><br>One Imperial Plaza L.P., a California Limited Partnership; Imperial GP, LLC, a Delaware Limited Liability Company; Bina, Korouri, Sage Dental Corporation, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No. 2:20-cv-07332-MCS-JC<br><br>[Assigned to the Hon Mark C. Scarsi]<br><br>**DEFENDANT BINA, KOROURI, SAGE DENTAL CORPORATION'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(b)(1)**<br><br>Date:    December 7, 2020<br>Time:   9:00 a.m.<br>Courtroom:  7C<br><br>Complaint Filed: 08/13/2020 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 7, 2020 at 9:00, or as soon thereafter as this matter may be heard in the above-captioned courtroom, Defendant Bina, Korouri, Sage Dental Corporation ("Defendant") will and hereby does move this Court to dismiss this Action filed by Plaintiff Dwain Lammey ("Plaintiff"). Defendant respectfully submits that this Action should be dismissed because the subject matter is moot and this court lacks subject matter jurisdiction.

This motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the declaration of Pedram Bina, DDS, all papers and

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

WSACTIVELLP:11839395.1

2:20-CV-07332-MCS-JC
DEFENDANT'S MOTION TO DISMISS –
PURSUANT TO FRCP 12(B)(1)

pleadings filed by the parties herein, all papers lodged with the Court in this matter, and upon any other evidence or argument that may be presented prior to or at the hearing of this Motion.

Counsel for Moving Party was unable to meet and confer with Plaintiff's Counsel prior to filing this Motion pursuant to Local Rule 7-3, however Counsel for Moving Party will continue efforts and, if able to resolve this matter, will withdraw this Motion.

Dated: October 21, 2020

Ford & Harrison LLP

By:/s/Jenny S. Choi
John P. Schaedel
Jenny S. Choi
Attorneys for Defendant
Bina, Korouri, Sage Dental Corporation

# **PROOF OF SERVICE**

I, Esperansa Reinold, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On October 21, 2020, I served a copy of the within document(s):

**DEFENDANT BINA, KOROURI, SAGE DENTAL CORPORATION'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(b)(1)**

☒ ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Center for Disability Access<br>Raymond Ballister Jr.<br>Russell Handy, Esq.<br>Dennis Price, Esq.<br>Amanda Seabock, Esq.<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111<br>Telephone: (858) 375-7385<br>Facsimile: (858) 422-5191<br>E-mail: amandas@potterhandy.com | Attorneys for Plaintiff<br>Dwain Lammey<br><br>Registered Participant of ECF System |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 21, 2020, at Los Angeles, California.

_____
Esperansa Reinold