CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Faythe Gutierrez, Esq., SBN 310430
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
elliottm@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Dwain Lammey**, <br><br> Plaintiff, <br><br> v. <br><br> **One Imperial Plaza L.P.,** a California Limited Partnership; **Imperial GP, LLC,** a Delaware Limited Liability Company; **Bina, Korouri, Sage Dental Corporation,** a California Corporation; and Does 1-10, <br><br> Defendants. | Case: 2:20-cv-07332-MCS-JC <br><br> **NOTICE OF DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(2)** |

## NOTICE

Pursuant to F.R.CIV.P.41 (a)(2), PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses the entire case, with prejudice.

Dated: November 30, 2020          CENTER FOR DISABILITY ACCESS

                                  By:   /s/ Elliott Montgomery
                                  Elliott Montgomery
                                  Attorneys for Plaintiff